```
 1  PILLSBURY WINTHROP SHAW PITTMAN LLP
    ALBERT J. BORO, JR. (CA Bar # 126657)
 2  albert.boro@pillsburylaw.com
    JOANNE H. KIM (CA Bar # 221525)
 3  joanne.kim@pillsburylaw.com
    50 Fremont Street
 4  San Francisco, CA 94105
    Telephone: (415) 983-1000
 5  Facsimile: (415) 983-1200

 6  Attorneys for Defendant
    SHARP ELECTRONICS CORPORATION
 7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| Frederick Rozo, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>LG Phillips LCD Co., Ltd, et al.,<br><br>    Defendants. | No. C-06-7693 SI<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

**STIPULATION FOR EXTENSION OF TIME**

WHEREAS plaintiff filed a complaint in the above-captioned case on or about December 12, 2006;

WHEREAS plaintiff alleges antitrust violations by manufacturers of Liquid Crystal Display ("LCD") products;

WHEREAS more than fifteen complaints have been filed to date in federal district courts throughout the United States by plaintiffs purporting to bring class actions on behalf of indirect purchasers alleging antitrust violations by manufacturers of LCD products (collectively, "the LCD Cases");

1  WHEREAS there are motions pending before the Judicial Panel on Multidistrict
2  Litigation to transfer the LCD Cases to the Northern District of California or the District of
3  New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §
4  1407;
5  WHEREAS plaintiff anticipates the possibility of Consolidated Amended
6  Complaints in the LCD Cases;
7  WHEREAS plaintiff and defendant Sharp Electronics Corporation ("SEC") have
8  agreed that an orderly schedule for any response to the pleadings in the LCD Cases would
9  be more efficient for the parties and for the Court;
10 WHEREAS plaintiff agrees that the deadline for SEC to respond to the Complaint
11 shall be extended until the earlier of the following two dates: (1) forty-five days after the
12 filing of a Consolidated Amended Complaint in the LCD Cases; or (2) forty-five days after
13 plaintiff provides written notice to SEC that he does not intend to file a Consolidated
14 Amended Complaint, provided that such notice may be given only after the initial case
15 management conference in the MDL transferee court in this case;
16 WHEREAS plaintiff further agrees that this extension is available, without further
17 stipulation with counsel for plaintiff, to all named defendants who notify plaintiff in writing
18 of their intention to join this extension;
19 WHEREAS this Stipulation does not constitute a waiver by SEC or any defendant
20 of any defense, including but not limited to the defenses of lack of personal or subject
21 matter jurisdiction, insufficiency of process, insufficiency of service of process, or improper
22 venue.
23 PLAINTIFF AND DEFENDANT SHARP ELECTRONICS CORPORATION, BY
24 AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY
25 STIPULATE AS FOLLOWS:
26   1.  The deadline for the SEC to respond to the Complaint shall be extended until
27 the earlier of the following two dates: (1) forty-five days after the filing of a Consolidated
28 Amended Complaint in the LCD Cases; or (2) forty-five days after the plaintiff provides

1  written notice that he does not intend to file a Consolidated Amended Complaint, provided
2  that such notice may be given only after the initial case management conference in the
3  MDL transferee court in this case.
4      2.    This extension is available, without further stipulation with counsel for
5  plaintiff or further order of the Court, to all named defendants who notify plaintiff in
6  writing of their intention to join this extension.
7      IT IS SO STIPULATED.
8
9  Dated: January 8, 2007      Dated: January 8, 2007
10 Signature: /s/ Christopher L. Lebsock      Signature: /s/ Albert J. Boro, Jr.
11 Michael P. Lehmann      Albert J. Boro, Jr.
   Thomas P. Dove      Joanne H. Kim
12 Christopher L. Lebsock      Pillsbury Winthrop Shaw Pittman LLP
   Jon T. King      50 Fremont Street
13 Furth Lehmann & Grant LLP      San Francisco, California 94105
   225 Bush Street, 15th Floor
14 San Francisco, CA 94104-4249      Counsel for Defendant Sharp Electronics
        Corporation
15 Francis O. Scarpulla
   Craig C. Corbitt
16 Zelle Hofmann Voelbel Mason & Gette LLP
   44 Montgomery Street, Suite 3400
17 San Francisco, CA 94104
18 Counsel for Plaintiff Frederick Rozo
19
20 SO ORDERED:
21
   Dated: _____
22      United States District Judge
23
24
25
26
27
28